[No. 6646-7-II. Division Two. December 26, 1984.]

VICTORIA I. McLAUGHLIN, *Respondent*, v. GEORGE H. McLAUGHLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81-2-01197-2, James P. Healy, J., entered October 8, 1982. *Affirmed* by unpublished opinion per

Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.